MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BURWELL v. CATERPILLAR                            No. 05CV1225 LAB(WMc)

HON. WILLIAM McCURINE, JR.                        CT. DEPUTY P. TAGLIAFERRI

Attorneys

Plaintiffs                                        Defendants
STACY KING                                        ELLIOTT OLSON

The Court received the parties' stipulation extending certain dates. For good cause shown, the Court sets forth the following revised dates:

All discovery shall be completed by all parties **on or before November 22, 2006** except for expert depositions, which shall be completed **on or before December 18, 2006.**

Each expert witness designated by a party shall prepare a written report to be provided to all other parties **no later that November 17, 2006**, containing the information required by Fed.R.Civ.P. 26 (a)(2)(A)(B).

Supplemental expert reports, if any, shall be due on or before **November 27, 2006.**

All other pretrial motions must be filed so that may be **HEARD on or before December 23, 2006.**

The Mandatory Settlement Conference before Judge McCurine is vacated. **The parties are ordered to appear at a telephonic status conference on September 18, 2006 at 10:30 a.m.** Plaintiff's counsel is ordered to contact defense counsel and call into the Court jointly at (619) 557-6624.

All other dates as set forth in the Court's August 17, 2006 Amended Case Management Conference Order remain unchanged.

_____   Copies to:  Counsel of Record          _____  Notified by Telephone

DATE: September 5, 2006                         INITIALS: _____ Deputy

                                                IT IS SO ORDERED: [signature]
                                                William McCurine, Jr., US Magistrate Judge

05CV1225